■ In the Matter of JOSEPH PETILLO, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Respondents.—Judgment unanimously reversed on the law and matter remitted to Supreme Court, Wyoming County, for further proceedings, in accordance with the following memorandum: Petitioner contends, and the State concedes, that because conflicting affidavits were presented, it was error for the trial court to dismiss the petition based on petitioner's alleged failure to exhaust administrative remedies. This matter is therefore remitted to Trial Term for a hearing on this issue. (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Dillon, P. J., Callahan, Denman, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER SERAFINE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Reed, J.—felony driving while intoxicated.) Present—Boomer, J. P., Green, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAFAYETTE L. GREEN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—attempted criminal possession of forged instrument, second degree.) Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS DAVILA, Appellant.—Judgment unanimously affirmed. Memorandum: On this record it cannot be said that defendant knowingly and voluntarily waived his right to appeal. We have, therefore, reviewed defendant's claim that the sentence imposed by the court is harsh and excessive, and we find that it is without merit. (Appeal from judgment of Onondaga County Court, Cunningham, J.—attempted criminal sale of controlled substance, third degree.) Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.